# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

WILLIAM Q. ACREE,         )
                              )

      Plaintiff,          )          No. 3:10-0417
                              )          **JUDGE HAYNES**

v.                         )
                              )

NANCY ACREE,          )
                              )

      Defendant.        )

## O R D E R

The Court has before it the Magistrate Judge's Report and Recommendation (Docket Entry No. 21) that the Defendant' s motion to dismiss (Docket Entry No. 7) be denied.

After <u>de novo</u> review, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Defendant's motion to dismiss (Docket Entry No. 7) is **DENIED** and this action is **TRANSFERRED** to the Southern District of Georgia.

It is so **ORDERED**.

**ENTERED** this the ___22nd___ day of September, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge